JACOB WOLKOFF et al., Doing Business under the Name of D. WOLKOFF, et al., Respondents, v. T. G. HAWKES & Co., Appellant, et al., Defendants.— Order unanimously modified so as to require the plaintiff to serve a bill of particulars prior to examination before trial, stating, if he must, that he has no present knowledge of who the conspirators are, with leave to serve a further bill upon completion of defendant's examination before trial, and otherwise affirmed. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Callahan and Botein, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN FERRELL, Appellant.— Judgment unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan and Botein, JJ.